**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7279

DOUGLAS FAUCONIER,

                                    Plaintiff - Appellant,

          versus

E. M. SHRINER, C.O. II; GROVES, C.O.
Lieutenant; STOLMEYER, C.O. Captain; COULTER,
C.O. Lieutenant,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge. (CA-
05-149-RDB)

Submitted: May 22, 2006          Decided: June 6, 2006

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Fauconier, Appellant Pro Se. Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas Fauconier appeals the district court's order granting summary judgment to Defendants and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fauconier v. Shriner, No. CA-05-149-RDB (D. Md. filed Aug. 2, 2005; entered Aug. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED